UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-CV-14550-ROSENBERG/LYNCH

PATRICIA KENNEDY,

    Plaintiff,

v.

JENSEN STATION SHOPS OWNER'S
ASSOCIATION, INC., NPB RESTAURANT, INC.,
d/b/a Peter's Steakhouse, NEW CREATIONS HAIR
SALON, LLC, and S&N INVESTORS, INC.,
d/b/a The Pink Cottage Spa at Jensen Day Spa
& Beautique,

    Defendants.
_____/

**ORDER STAYING CASE AND DIRECTING THE CLERK
OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES**

This cause is before the Court on the Plaintiff's Notice of Pending Settlement. DE 52. The Court has been informed that the parties have reached a settlement agreement. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby **ORDERED AND ADJUDGED**:

1. This case is **STAYED**.

2. All pending deadlines are **TERMINATED**.

3. The parties are instructed to file any appropriate pleadings related to the dismissal of this action within fourteen (14) days of the date of rendition of this Order.

4. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate pleadings related to the dismissal of this action.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 22nd day of May, 2017.

                                                    ROBIN L. ROSENBERG
Copies furnished to Counsel of Record      UNITED STATES DISTRICT JUDGE