IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**CASE NO.  16-CV-14550**

| | |
|---|---|
| PATRICIA KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JENSEN STATION SHOPS OWNER'S | ) |
| ASSOCIATION, INC., NPB RESTAURANT, | ) |
| INC. d/b/a PETER'S STEAKHOUSE, NEW | ) |
| CREATIONS HAIR SALON, LLC. and S&N | ) |
| INVESTORS, INC. d/b/a THE PINK COTTAGE | ) |
| SPA AT JENSEN DAY SPA & BEAUTIQUE, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE AND
RETENTION OF JURISDICTION**

Plaintiff PATRICIA KENNEDY (**"Plaintiff"**) and Defendant JENSEN STATION SHOPS OWNER'S ASSOCIATION, INC. (collectively, the "**Parties**"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that, pursuant to the Confidential Settlement Agreement entered into by them on April 24, 2017, the Parties respectfully request the Court enter an Order Dismissing this cause with Prejudice and retaining jurisdiction to:

(1) Enforce the terms of said Settlement Agreement.

The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case*See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

1

Respectfully Submitted,

| | |
|---|---|
| By: s/ Eric Matthew Rodriguez | By: s/ Jessica L. Gregory |
| Eric Matthew Rodriguez, Esq. | Jessica L. Gregory, Esq. |
| Florida Bar No. 0123057 | Florida Bar No. 92019 |
| **Federal Disability Advocates** | **Williams, Leininger & Crosby, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendant Jensen* |
| 4300 Biscayne Boulevard, Suite 305 | 11300 US Highway One, Suite 300 |
| Miami, Florida 33137 | North Palm Beach, FL 33408 |
| Tel:(305)717-7530 | Tel: (561) 615-5666 |
| Fax:(305)717-7539 | Fax: (561) 615-9606 |
| E-mail: erodriguez@jltrial.com | E-mail: jgregory@wlclaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 1, 2017 via CM/ECF upon: Nolan Klein, Esq., klein@nklegal.com, Carri S. Leininger, Esq., Jessica L. Gregory, Esq., eservice@wlclaw.com

By: s/ Eric Matthew Rodriguez
Eric Matthew Rodriguez, Esq.
Fla Bar. No.: 0123057